# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JANET ROWLAND-BURKE,

Appellant,

v.

WEST SHORE DISTRICT, LLC, a foreign limited liability company d/b/a The District at Clearwater, and ATB CARPET & RESTORATION SERVICES, INC., a Florida profit corporation,

Appellees.

No. 2D23-534
_____

March 1, 2024

Appeal from the Circuit Court for Pinellas County; Patricia A. Muscarella, Judge.

Tyler Vaughn of Clark Law, St. Petersburg, for Appellant.

Jason M. Azzarone and Tia J. Jones of La Cava Jacobson & Goodis, P.A., Tampa, for Appellee West Shore District, LLC/b/a The District at Clearwater.

J. Michael Grimley, Jr. and Arthur E. Alves of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Tampa, for Appellee ATB Carpet & Restoration Services, Inc.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.